**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6046**

———————

ALAN J. WILLIAMS, on his own behalf, and on
behalf of all others similarly situated, i.e.
all past, present and future prisoners at
Federal Correctional Institute Cumberland,
Maryland,

                                        Plaintiff - Appellant,

        versus

DENNIS R. BIDWELL, Warden; OLIVER BROWN,
former Supervisor of Education; ELAIN LEAP,
Acting Supervisor of Education; JEFF TILLEY,
Disciplinary Hearing Officer; CARROL TYNDALL,
Captain; B. SMALL, Special Housing Unit,
Lieutenant; CHARLES RIFFLE, Senior Officer
Specialist, a/k/a Chuck, a/k/a Riff; PAUL C.
MAFFLEY, Correctional Officer; FEDERAL CORREC-
TIONAL INSTITUTE, CUMBERLAND; UNITED STATES OF
AMERICA,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
96-1151-CCB)

———————

Submitted:  May 29, 1997            Decided:  June 6, 1997

———————

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Alan J. Williams, Appellant Pro Se.  Earle Bronson Wilson, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendants' motion to dismiss Williams' <u>Bivens</u> complaint,[*] dismissing his 28 U.S.C. § 1346(b) claim, and dismissing his claim for injunctive relief. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Williams v. Bidwell</u>, No. CA-96-1151-CCB (D. Md. Dec. 5, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>See</u> <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).